MA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

APR 0 7 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Melissa Hill

_____,

Plaintiff(s),

vs.

Cook County Jail

_____,

Defendant(s).

Case No. 1:16-cv-04126
Judge Matthew F. Kennelly
Magistrate Judge Mary M. Rowland

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Melissa O. Hill.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, __Cook County Jail_____, is
    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)
    _____or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official acted is __Cook County_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6.  On or about __from April to June, 2015__, at approximately _____ ☐ a.m. ☐ p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of __Cook County Corrections__, in the County of __Cook__, State of Illinois, at __2600 S. California Divisions 3 + 17__,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐ searched plaintiff or his property without a warrant and without reasonable cause;
    ☐ used excessive force upon plaintiff;
    ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☑ failed to provide plaintiff with needed medical care;
    ☐ conspired together to violate one or more of plaintiff's civil rights;
    ☑ Other: __Living Courters were unlivable, hazardous to my health__

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

   D.U.I. while driving on a suspended license

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____

   ☒ Other: Found guilty for both charges and placed on probation

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I was told that any person who resided in Division 3 at Cook County Corrections are entitled to compensation due to unlivable conditions. I was incarcerated at Cook County Jail and resided in Division 3 from April 6 – May 20, 2015. During that period, I discovered lots of mold on the walls and ceiling. Which led me to having coughing attacks in the middle of the night, due to bronchitis I suffer from. Also, there were major leakage problems, chipped paint, bad drainage in sinks, showers, toilets were constantly over flowing, contaminated water (tasted horrible, or brown colored) Sinks not working or w/out hot water, and had to take cold showers. Also, I requested a inhaler for my coughing + never received it. I was sent over to Division 17, May 20, 2015. On June 1, 2015, around 8:30pm (I was on 2N doorm B) As I was finishing washing my hands, on my way to my bed, I slip + fell on some water, fell backwards + hit the back of my head

Over →

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

_____
_____
_____
_____

13. Plaintiff asks that the case be tried by a jury. ☐ Yes   ☐ No

4

extremely hard on concrete floor to the point that I was dazed, seen stars, & layed on the floor for several minutes until a lieutenant, & an officer on duty helped to lift me to my feet. Once I got up, I instantly had a massive headache. The nurse didn't aid me, with the proper care I needed. She made claims that I was faking. The nurse cleared me, and stated I was ok, and go lay down. I refused to lay down without having any medical attention. I had to get a psych evaluation just to be seen by a doctor. Then the doctor refused me treatment as well. Stating the nurse cleared me as being ok. Which was totally unexceptable to me. Later another doctor that I was seen by while still incarcerated, explained to me that I had experienced whiplash. I have lots of grievances of complaints made by me while incarcerated. One states that the nurse was going around making statements to other staff that I was faking, and an inmate actually heard her, and came and told me. September 15, 2015, I was incarcerated again, and was sent back to Division 3 till Sept. 18, 2015. Division 3 was still in the same condition.

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Melissa D. Hill

Plaintiff's name *(print clearly or type)*: Melissa Hill

Plaintiff's mailing address: 15318 Dielman Ct.

City: Dolton    State: IL.    ZIP: 60419

Plaintiff's telephone number: (773) 418-7189

Plaintiff's email address *(if you prefer to be contacted by email)*: mhill3838@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☑ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5